N. H. LYONS & CO., INC., *v.* LUBIN, INDUSTRIAL
COMMISSIONER OF NEW YORK.

No. 614.   Decided January 6, 1958.

*C. Dickerman Williams* and *Henry Alexander* for
appellant.

*Louis J. Lefkowitz,* Attorney General of New York,
*John R. Davison,* Solicitor General, and *Roy Wiedersum,*
Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.